U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 2 0 2016

TONY R. MOORE CLERK
BY _____
           DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RICHARD W BLACK, Plaintiff | CIVIL ACTION NO. 1:14-CV-00518 |
| VERSUS | |
| VICTOR JONES, ET AL Defendant | CHIEF JUDGE DEE D. DRELL MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES |

MEMORANDUM ORDER

Before the Court is Plaintiff's motion to be transferred to Red River Parish Jail (Doc. 79).

La. R.S. 15.824(A) states:

> [A]ny individual subject to confinement in a state adult penal or correctional institution shall be committed to the Louisiana Department of Public Safety and Corrections and not to any particular institution within the jurisdiction of the department. The director of corrections shall assign each newly committed inmate to an appropriate penal or correctional facility. The director may transfer an inmate from one such facility to another, insofar as the transfer is consistent with the commitment and in accordance with treatment, training and security needs established by the department.

Furthermore, the United States Supreme Court has held that state prison authorities have the authority to decide where a state prisoner is to be incarcerated, and that a prisoner has no right to challenge that determination. See Olim v. Wakinekona, 461 U.S. 238, 244-46 (1983); Meachum v. Fano, 427 U.S. 215, 225 (1976).

Based on La. R.S. 15:824(A) and the Supreme Court precedent cited above, this Court has no authority to order the State to transfer Plaintiff to another prison. Plaintiff's placement lies

solely within the purview of the Louisiana Department of Corrections. Accordingly;

IT IS ORDERED that Plaintiff's motion to be transferred (Doc. 79) be **DENIED**.

Alexandria, Louisiana, this 20th day of January, 2016.

HON. JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE