U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 09 2016

TONY R. MOORE CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RICHARD W. BLACK, Plaintiff | CIVIL ACTION NO. 1:14-CV-00518; SEC. P. |
| VERSUS | CHIEF JUDGE DRELL |
| VICTOR JONES, ET AL. Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendants' Motion for Summary Judgment (Doc. 92) is GRANTED, that Black's Motion for Summary Judgment (Doc. 123) is DENIED, and that Black's action is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this _____ day of September, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT